UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL IMMIGRATION PROJECT,
  et al.,

        Plaintiffs,

    v.

U.S. DEPARTMENT OF JUSTICE, et al.,

        Defendants.

Civil Action No. 24-641 (PLF)

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's May 1, 2025, Minute Order.  The Parties report as follows.

This case relates to Plaintiffs' January 5, 2024, Freedom of Information Act ("FOIA") request seeking records relating to arrests, referrals, and prosecutions at the U.S. Attorney's Office for the Western District of Texas, at the Del Rio office.  Plaintiffs filed the Complaint on March 6, 2024 (ECF No. 1).  Defendants answered the Complaint on May 22, 2024 (ECF No. 13).

As previously reported, Defendants have produced all responsive records, subject to appropriate withholdings.  After review and additional questions, the parties are now in agreement that there are no further disputes or issues with respect to either the productions or the withholdings.

The Parties have begun settlement discussions in an effort to resolve this matter without additional litigation.  Plaintiffs intend to submit a settlement demand to resolve the remaining

issue of attorney's fees, and the parties have agreed to work together to resolve this matter if

possible. Accordingly, the Parties respectfully propose that they file their next joint status report

on or before July 31, 2025, to update the Court on the status of their engagement.


Dated: May 30, 2025                                     Respectfully submitted,


*/s/ Khaled Alrabe*                                      JEANINE FERRIS PIRRO
Khaled Alrabe                                           United States Attorney
National Immigration Project
1200 18th Street NW, Suite 700                          */s/ Kartik N. Venguswamy*
Washington, DC 20036                                    KARTIK N. VENGUSWAMY
Tel: (202) 656-4788                                     D.C. Bar No. 983326
khaled@nipnlg.org                                       Assistant United States Attorney
                                                        601 D Street, NW
*/s/ Golnaz Fakhimi*                                     Washington, D.C. 20530
Golnaz Fakhimi                                          Tel: (202) 252-1790
Muslim Advocates                                        kartik.venguswamy@usdoj.gov
1032 15th Street NW #362
Washington, DC 20005                                    *Counsel for United States of America*
Tel: (202) 655-2969
golnaz@muslimadvocates.org


*Counsel for Plaintiffs*